**DRUMMOND LAW FIRM**
Craig W. Drummond, Esq.
Nevada Bar No. 011109
228 South Fourth St., First Floor
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
craig@drummondfirm.com
*Attorney for Defendant Lloyd*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00266-LDG-VCF |
| Plaintiff, | |
| vs. | **ORDER FOR THE RELEASE OF THE DEFENDANT TO PRE-TRIAL SERVICES** |
| MARK LLOYD | |
| Defendant. | |

Upon review of the minutes of proceedings on February 16, 2016 (CMECF #77) and recently learning that an inpatient treatment facility has recently become available for the Defendant, Mr. Mark Lloyd, the Court enters the following Order:

IT IS HEREBY ORDERED that Mr. Mark Lloyd be released from the custody of the United States Marshall's Service to the custody of United States Pre-Trial Services as soon as 7:00am on March 9, 2016, or as soon thereafter as Pre-Trial Services can coordinate.

//

**ORDER**
**Case No.: 2:15-cr-00266-LDG-VCF**
**RE: Mr. Mark Loyd**

IT IS FURTHER ORDERED that Mr. Lloyd be transported to an inpatient treatment facility by Pre-Trial Services and that a status report be provided to the Court as soon as Mr. Lloyd completes treatment, or ceases to receive care from the inpatient treatment facility, whereby the Court will then review the custody status of the Defendant.

DATED this 9th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE